# Exhibit 2

Method Claim: 5

| US12300366B2 | Fibaro Intercom ("The accused product") |
|---|---|
| 5. A method for managing information captured by a camera located at a user premises, the method comprising: | The accused product practices a method for managing information (e.g., surveillance feed, etc.) captured by a camera (e.g., the accused product) located at a user premises (e.g., user's front door, etc.) |
| | As shown below, the accused product is a wireless smart video doorbell that can be installed at a user's premises such as front door, etc. It captures video through motion detection and continuous monitoring. Further, the accused product allows users to manage the captured recordings through the Fibaro Intercom app.<br><br><br><br>https://www.fibaro.com/en/products/intercom-smart-doorbell/ |



https://us.amazon.com/Fibaro-Fgic-002-Intercom-Intelligent-Videophone/dp/B08BTZXKKK

## Virtual key to your home

The worst case scenario: you are stuck in a traffic jam while your friends are already at your entrance door and need to wait until you get home. Another case is when delivery man is right at the front gate and you're on holiday or at work. Sounds familiar right? Intercom enables you to open front door to people you trust and who need to enter your home at this exact moment. Guests or your kid who forgot his keys won't have to wait for you outside no more. Furthermore, there is no waste of time when courier can leave your parcel inside your premises.

https://www.fibaro.com/us/smart-home-in-use/home-safety/

## Surveillance features

Intercom includes features of a perfect surveillance system letting you watch the live preview of your home surroundings. Make sure your home is safe and use Intercom to monitor current situation.



information

https://www.fibaro.com/en/products/intercom-smart-doorbell/

## RECORDINGS PREVIEW

Sometimes you are wondering what is happening around your property, when you are at work. With FIBARO Intercom you know what is going on in front of your door. Your device saves data that you can play at any time. Furthermore, if your FIBARO Intercom detects motion, you will receive a notification on your phone or a photo of the event on email.



https://static.webshopapp.com/shops/253891/files/167007374/product-presentation-intercom.pdf



https://www.fibaro.com/en/products/intercom-smart-doorbell/



managing information captured by a camera located at a user premises

https://www.fibaro.com/en/products/intercom-smart-doorbell/

**App Store** Preview

This app is available only on the App Store for iPhone and iPad.



**FIBARO Intercom** 4+

Nice – Polska Sp. z o.o.

Free

https://apps.apple.com/us/app/fibaro-intercom/id1304252727

FIBARO Intercom dedicated app gives you extensive usability and configuration possibilities. Keep an eye on what is going on in front of your house by connecting FIBARO Intercom to multiple iPhones. Get AV connection with your incoming guests. See who is dropping by via Intercom's built-in camera. Use your iPhone to go through the Intercom setup remotely and set all desired functionalities.

Voice broadcast and video
Talk through the FIBARO Intercom to your guests at the front door or gate. 2-way audio connection and Intercom's front camera give you absolute comfort and safety at the same time.

https://apps.apple.com/us/app/fibaro-intercom/id1304252727?platform=iphone

| | |
|---|---|
| | Voicemail and recording<br>You won't miss any event at the front door. FIBARO Intercom records audio and video. Your guests can leave you a voice message during your absence which you can play via iPhone wherever you are.<br><br>History log<br>Play the history log with all recorded activities while you're away. Presence detection saves your device's hard drive space and what's more important, gives you insight to important information.<br><br>Remote management<br>Use the iPhone app to go through the first setup wizard. Moreover, the app gives you access to adjustments such as video quality or user management.<br><br>https://apps.apple.com/us/app/fibaro-intercom/id1304252727?platform=iphone |
| storing a trigger setting for a camera device at the user premises, wherein the trigger setting is for detecting, via the camera device, an event at the user premises, and | The accused product practices storing a trigger setting (e.g., motion detection settings, push notification setting, etc.) for a camera device (e.g., the accused product) at the user premises (e.g., user's Living Room, backyard, etc.), wherein the trigger setting (e.g., motion detection settings, push notification setting, etc.) is for detecting (e.g., detecting a motion, presence, etc.), via the camera device (e.g., the accused product), an event(e.g., detected motion) at the user premises (e.g., user's Living Room, backyard, etc.), and wherein the camera device (e.g., the accused product) is configured to communicate via at least one of a wide area network (e.g., internet) or a local area network.<br><br>As shown below, the accused product is a wireless smart video doorbell that can be installed at a user's premises such as front door, etc. It captures video through motion detection and continuous monitoring. Further, the accused product allows users to configure trigger |

| | |
|---|---|
| wherein the camera device is configured to communicate via at least one of a wide area network or a local area network, <br><br> **Col 47: lines 21-29** <br><br> *The gateway appliance supports an event builder process <u>to further automate the home by enabling detection of an "event" that enables/disables the activity of a device</u>. Example events may include, but are not limited to: rain threshold exceeded, an alarm going off, or motion detected by the* | settings such as motion alert settings, etc. in the Fibaro Intercom app. When a motion or presence is detected, the accused product detects and sends real-time alerts to the user over the internet based on the configured trigger settings. <br><br>  <br><br> https://static.webshopapp.com/shops/253891/files/167007374/product-presentation-intercom.pdf <br><br> As shown below, the accused product allows users to configure trigger settings such as motion alert settings, etc. in the Fibaro Intercom app. |

| | |
|---|---|
| *motion sensor. For example, a trigger maybe set to turn off the sprinkler system if a "rain level exceeded" event occurs. <u>Another example is to record a video snapshot if a motion detector event is received.</u>* | <br><br>https://manuals.fibaro.com/knowledge-base-browse/fibaro-intercom-ios-app-installation/ |

8. Choose the preferred connection type: **Wi-Fi** or **LAN** (with auto or manual IP assigning). We recommend to use **Ethernet (Auto).**



https://manuals.fibaro.com/knowledge-base-browse/fibaro-intercom-ios-app-installation/



https://manuals.fibaro.com/knowledge-base-browse/fibaro-intercom-ios-app-installation/



15. Now you can **start using your Intercom**.

https://manuals.fibaro.com/knowledge-base-browse/fibaro-intercom-ios-app-installation/

## Key Features

- Versatile installation

- Multiple powering options

- Images and chatting from anywhere in the world

- Built-in security features, protection against theft and recordings

It records any attempted break-ins and even films the thief and sends the image to the home owner.

https://www.youtube.com/watch?v=PtXXvkeAklc



https://www.fibaro.com/en/products/intercom-smart-doorbell/



https://www.fibaro.com/en/products/intercom-smart-doorbell/

| enabling a user to (1) control storage of at | The accused product practices enabling a user to control storage (e.g., manage recording history, etc.) of at least a portion of data (e.g., a video recording) acquired by the camera device (e.g., the accused product). |

| least a portion of data acquired by the camera device, | As shown below, the accused product is a wireless smart video doorbell that can be installed at a user's premises such as front door, etc. It captures video through motion detection and continuous monitoring. It allows a user to access event recordings through the Fibaro Intercom app. Further, a user can edit the recording history including portions of the recorded video data within the app.<br><br><br><br>https://apps.apple.com/us/app/fibaro-intercom/id1304252727 |

FIBARO Intercom dedicated app gives you extensive usability and configuration possibilities. Keep an eye on what is going on in front of your house by connecting FIBARO Intercom to multiple iPhones. Get AV connection with your incoming guests. See who is dropping by via Intercom's built-in camera. Use your iPhone to go through the Intercom setup remotely and set all desired functionalities.

Voice broadcast and video
Talk through the FIBARO Intercom to your guests at the front door or gate. 2-way audio connection and Intercom's front camera give you absolute comfort and safety at the same time.

https://apps.apple.com/us/app/fibaro-intercom/id1304252727?platform=iphone

Voicemail and recording
You won't miss any event at the front door. FIBARO Intercom records audio and video. Your guests can leave you a voice message during your absence which you can play via iPhone wherever you are.

History log
Play the history log with all recorded activities while you're away. Presence detection saves your device's hard drive space and what's more important, gives you insight to important information.

Remote management
Use the iPhone app to go through the first setup wizard. Moreover,  the app gives you access to adjustments such as video quality or user management.

https://apps.apple.com/us/app/fibaro-intercom/id1304252727?platform=iphone

▼ Can I integrate my device with the FIBARO System?

Yes, by using a plugin. It allows you to view camera image, start recording and open connected gates. Additionally, Intercom can be used in scenes.

https://manuals.fibaro.com/intercom/

**RECORDINGS PREVIEW**

Sometimes you are wondering what is happening around your property, when you are at work. With FIBARO Intercom you know what is going on in front of your door. Your device saves data that you can play at any time. Furthermore, if your FIBARO Intercom detects motion, you will receive a notification on your phone or a photo of the event on email.



https://static.webshopapp.com/shops/253891/files/167007374/product-presentation-intercom.pdf



It's an intelligent device so not just live images but it also records them to be replayed whenever you wish,

https://www.youtube.com/watch?v=PtXXvkeAklc



https://apps.apple.com/us/app/fibaro-intercom/id1304252727?platform=iphone

| (2) selectively invite one or more individuals to access the stored at least | The accused product practices selectively inviting one or more individuals (e.g., family, friends, users, etc.) to access the stored at least the portion of camera captured information (e.g., surveillance feed captured using the accused product, etc.) via the wide area network (e.g., internet). |
|---|---|

| | |
|---|---|
| the portion of camera captured information via the wide area network, and<br><br>**Col 40: lines 53-59**<br><br>_File sharing service of the present disclosure in an exemplary embodiment allows users to share files, for example, pictures, music, videos, documents, presentations, grocery list, bookmarks, etc., with friends and family members or other users. The files can be shared with user's "buddy list" or other contacts_ | As shown below, the accused product is a wireless smart video doorbell that can be installed at a user's premises such as front door, etc. It captures video through motion detection and continuous monitoring. It allows users to invite family members, friends, etc. using the Fibaro Intercom app. The app grants authorized access to the surveillance feed captured by the accused product over the internet. Further, the app allows the admin to assign selective access permissions that determine the level of access granted to each invited individual.<br><br><br><br>https://www.fibaro.com/en/products/intercom-smart-doorbell/ |

| | |
|---|---|
| *maintained at the gateway appliance at a premise such as the home.* | <br><br>Intercom - "User roles"<br><br>There are three user roles available in FIBARO Intercom interface:<br><br>1 **Administrator** – can configure home, add and change settings of devices and add or invite users. The administrator can fully utilize the system (calling, opening the gate, history of actions).<br><br>2 **System user** – can use the device (calling, opening the gate, history of actions) and manage account's settings (set and change name, photo, and PIN).<br><br>3 **PIN user** – can only open the gate through account's PIN.<br><br>https://manuals.fibaro.com/document/fbic-user-roles/<br><br>As shown below, the exemplary steps for inviting a user by sharing the device (e.g., the accused product) to provide authorized access to family, friends, or other individuals using the Fibaro Intercom app. |



https://manuals.fibaro.com/knowledge-base-browse/sharing-access-to-intercom/

As shown below, the Fibaro Intercom app allows admin to send invitation providing authorized access to family, friends, etc.

2. Go to the **System Settings** and tap **Invite User**.



https://manuals.fibaro.com/knowledge-base-browse/sharing-access-to-intercom/



https://manuals.fibaro.com/knowledge-base-browse/sharing-access-to-intercom/



4. The new user will be visible in the **Users** section.

https://manuals.fibaro.com/knowledge-base-browse/sharing-access-to-intercom/

| | |
|---|---|
| (3)    control secured access to the    stored    at least the portion of    camera captured | The accused product practices controlling secured access (e.g., authorized access) to the stored at least the portion of camera captured information (e.g., surveillance feed captured using the accused product) by the invited one or more individuals that have been authenticated (e.g., authorized family, friends, users, etc.). |
| | As shown below, the accused product is a wireless smart video doorbell that can be installed |

| | |
|---|---|
| information by the invited one or more individuals that have been authenticated.<br><br>**Col 40: lines 53-59**<br><br>*File sharing service of the present disclosure in an exemplary embodiment allows users to share files, for example, pictures, music, videos, documents, presentations, grocery list, bookmarks, etc., with friends and family members or other users. The files can be shared with user's "buddy list" or other contacts* | at a user's premises such as front door, etc. It captures video through motion detection and continuous monitoring. It allows users to invite family members, friends, etc. using the Fibaro Intercom app. The app grants authorized access to the surveillance feed captured by the accused product over the internet. Further, the app allows the admin to assign selective access permissions that determine the level of access granted to each invited individual.<br><br><br><br>https://manuals.fibaro.com/document/fbic-user-roles/<br><br>As shown below, the exemplary steps for inviting a user by sharing the device (e.g., the accused product) to provide authorized access to family, friends, or other individuals using the Fibaro Intercom app. |

| | |
|---|---|
| *maintained at the gateway appliance at a premise such as the home.* | **FIBARO** Knowledge Base     MANUALS    CATEGORIES    FAQ   Q<br><br>## Sharing access to Intercom<br><br>### Description<br>From this article you will get to know how to invite someone to your Intercom system. You can do this in the **iOS mobile app**.<br><br>### Step-by-step guide<br>**Sharing access from a mobile device:**<br>1. Go to the menu.<br><br>https://manuals.fibaro.com/knowledge-base-browse/sharing-access-to-intercom/<br><br>As shown below, the Fibaro Intercom app allows admin to send invitation providing authorized access to family, friends, etc. |

2. Go to the **System Settings** and tap **Invite User**.



https://manuals.fibaro.com/knowledge-base-browse/sharing-access-to-intercom/

3. Enter the e-mail address of the new user (the e-mail address must be a FIBARO ID address) and tap **Invite User**.



https://manuals.fibaro.com/knowledge-base-browse/sharing-access-to-intercom/

4. The new user will be visible in the **Users** section.



https://manuals.fibaro.com/knowledge-base-browse/sharing-access-to-intercom/



**Invited user – logging in**

1. Open **FIBARO Intercom app**.
2. Log in to the app and click **NEXT**.

https://manuals.fibaro.com/knowledge-base-browse/sharing-access-to-intercom/

As shown below, the Fibaro Intercom app provides access to family, friends, guest, etc. after accepting the invitation.

**On invited user's behalf:**

1) Install FIBARO Intercom App and log in to the FIBARO ID account (the same that the invitation was sent to).
2) After logging in you can see a Home list and the one that user is invited to will be marked.
3) After choosing a home, the next step is User Configuration.

> [i] Invited user's permissions is system user by default.

https://manuals.fibaro.com/content/manuals/en/FGIC-002/FGIC-002-S-EN-v1.3.pdf

5. Accept invitation by clicking **YES**.



https://manuals.fibaro.com/knowledge-base-browse/sharing-access-to-intercom/

7. Create your **password** to **local access** login for Home.



https://manuals.fibaro.com/knowledge-base-browse/sharing-access-to-intercom/



9. Verify user information.



https://manuals.fibaro.com/knowledge-base-browse/sharing-access-to-intercom/